UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHELLE ARABIA-ANDREWS and TRICIA
HARMON, on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

CAPTAIN JOHN'S RESTAURANT, INC.,
ELAINE BROWN, and ANDY BROWN,

                Defendants.

6:21-cv-00868 (BKS/ML)

---

## ORDER

Upon consideration of the proposed Settlement Agreement, (Dkt. No. 30-1, at 2–12), settling the Fair Labor Standards Act claims in this case on behalf of Plaintiffs Michelle Arabia-Andrews and Tricia Harmon, as well as opt-in Plaintiffs Holly Hoyt and Tracey Risley, (Dkt. No. 13), and the unopposed Letter Motion for Approval of Settlement, (Dkt. No. 30), and Plaintiffs' attorneys' billing records, (Dkt. No. 32), and Plaintiffs' Letter Motion outlining, among other things, the parties' claims and defenses, and the Plaintiffs' estimated damages, (Dkt. No. 30), as well as the representations by counsel at the August 8, 2022 telephone conference, it is hereby

**ORDERED** that Plaintiffs' Motion for Approval of Settlement (Dkt. No. 30) is **GRANTED**, and the parties' settlement is approved as a fair and reasonable resolution of a bona fide dispute regarding Plaintiffs' tip-credit minimum wage claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.; and it is further

**ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, (*see* Dkt. No. 30-1, ¶ 8); and it is further

**ORDERED** that the parties are directed to file a Stipulation of Discontinuance under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by all parties, by August 22, 2022.

**IT IS SO ORDERED.**

Date:   August 8, 2022
       Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge