UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
MICHELLE ARABIA-ANDREWS and TRICIA HARMON, on behalf of themselves and others similarly situated,

                              *Plaintiffs*,

-against-

CAPTAIN JOHN'S RESTAURANT, INC, ELAINE BROWN, and ANDY BROWN

                              *Defendants*.
-------------------------------------------------------------------------

No. 6:21-CV-0868

**NOTICE OF VOLUNTARY DISMISSAL**

The parties hereby stipulate that the above-captioned action is voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: Liverpool, New York
         August 22, 2022

SHEATS & BAILEY, PLLC

By: _____
Anthony C. Galli
Sheats & Bailey, PLLC
*Attorneys for Defendants*
P.O. Box 586
Liverpool, NY 13088
315.676.7314
agalli@theconstruction law.com

Dated: Rochester, New York
         August 22, 2022

VAHEY LAW OFFICES, PLLC

By: _____
Jared K. Cook
Vahey Law Offices, PLLC
*Attorneys for Plaintiffs*
144 Exchange Blvd, Suite 400
Rochester, NY 14614
585.262.5130
jcook@vaheylaw.com

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: August 25, 2022
       Syracuse, NY